United States District Court
Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk=s Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 67th Judicial District Court, Tarrant County, Texas | 067-244507-10 |

2. **Style of the Case:** *Martha Gayle Decuire Turner v. Wells Fargo Bank, N.A.*

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Martha Gayle Decuire Turner, Plaintiff | Amanda L. Reichek<br>Texas Bar No. 24041762<br>The Reichek Firm, PLLC<br>3100 Monticello Avenue, Suite 500<br>Dallas, TX 75205<br>(214) 731-3110 |
   | Wells Fargo Bank, N.A., Defendant | Kim J. Askew<br>Texas Bar No. 01391550<br>Blake Edwards<br>Texas Bar No. 24050553<br>K&L Gates LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>(214) 939-5500 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?        ■ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | **Plaintiff** | **March 26, 2010** |
   |---|---|
   | Party | Date |

4. **Answer:**

   Was an Answer made in State Court?        ☐ Yes        ■ No

   If "*Yes*," by which party and on what date?

   _____                                   _____
   Party                                                                                              Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | N/A | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

2

DA-3105318 v1 0959100-00012

| **Party** | **Claim(s)** |
|---|---|
| Plaintiff | Plaintiff has alleged that Defendant interfered with Plaintiff's rights under the Family Medical Leave Act ("FMLA"), that she was terminated in retaliation for filing a request for leave under the FMLA, and that she was terminated because of her race in alleged violation of the Texas Commission on Human Rights Act. |
| Defendant | Defendant denies Plaintiff's allegations and denies that Plaintiff is entitled to any of the relief sought. |

DA-3105318 v1 0959100-00012